FILED
JUL 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WOODY VOINCHE
1132 N. Main St.
Marksville, Louisiana 71351

vs.

Executive Office of the President
Whitehouse Freedom of Information Office
FOIA Officer
Old Executive Office Building
Room 431
Washington, DC 20502

and

President George Bush
The Executive Office of the President
1600 Pennsylvania Ave., NW
Washington, DC 20500

CASE NUMBER 1:06CV01272

JUDGE: Richard J. Leon

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/17/2006

### FOIA, PRIVACY ACT, OMNIBUS CRIME CONTROL AND SAFE STREETS ACT, FOREIGN INTELLIGENCE SURVEILLANCE ACT, AND CONSTITUTIONAL COMPLAINT

#### JURISDICTION AND VENUE

1) This is a civil action under the provisions of the Freedom of Information Act, the Privacy Act, to order the production of records, the Omnibus Crime Control and Safe Streets Act(OCCSSA), 18 USC Sec.2510-2520, Foreign Intelligence Surveillance Act(FISA), 50 USC 1801-62, and the Constitution of the United States of America.

2) The Court has jurisdiction and venue is proper in this district in accordance with 5 USC 552(a)(4)(B) of the FOIA; 5 USC 552a(g)(5); 28 USC 1331 and 1343; and 18 USC 2510-20; 50 USC 1801-62; 28USC 1391(e); 28 USC 1346(a)(2)

#### PARTIES

3) Plaintiff, Woody Voinche, of Marksville, LA, 71351 is the requester of agency records which have been improperly withheld, beyond the time limit provisions, other provisions, case law requirements of the Freedom of

1

Information Act, Privacy Act, OCCSSA-18 USC 2510-2520, FISA-50 USC 1801-62and the Constitution of the US.

4) Defendant, the Whitehouse Freedom of Information Office, and the Executive Office of the President wherein President George Bush, is sued in his official capacity only, is an agency of the US Government and has possession of the records which the Plaintiff seeks access under all provisions of these Acts and the

### *CAUSE OF ACTION*

5) The Plaintiff has exhausted his administrative remedies and invokes a cause of action and raises all issues available to him under every provision of the FOIA, Privacy Act, OCCSSA, FISA, all amendments to the Constitution.

### *FACTS*

6) In December of 2005, the New York Times and other media outlets reported on a comprehensive warrantless electronic surveillance of American citizens in contact with Foreign Nationals that was authorized by Executive Order.

7) The Plaintiff, previously filed suit against the FBI for records on a bank fraud charge brought by the FBI and Alexandria Police on a loan the Plaintiff received from foreign nationals in Canada and presented further evidence of a 20 plus year conspiracy to keep the Plaintiff under surveillance and release of a toxic substance in the Plaintiff's home and vehicle in some bizarre form of negative re-enforcement for the lawsuits he has filed and articles posted on the internet critical of the arming of Iraq.*Woody Voinche v. FBI*, 412 F.Supp. 2nd 60(DDC 2006) and the FBI's admittance to surveillance of the Plaintiff at (*Woody Voinche v. FBI*, 46 F.Supp. 2nd 26(DDC 2006). So the Plaintiff believes he was subject to this surveillance described by the New York Times.

8) On January 9, 2006, the Plaintiff, sent an FOIA request to the Whitehouse Freedom of Information Officer for all information the Executive Branch or President Bush has on the Plaintiff including information received from the FBI, CIA, NSA, DIA, Pentagon, or other branches of government and invoking the FOIA, Privacy Act, OCCSSA, FISA, the Constitution and any other laws that allow me to obtain records of myself from any federal agency. The FOIA officer did not respond, but, the Plaintiff has a Delivery Confirmation Receipt Number(0304 0370 0002 4170 2236)(See Exhibit 1)(Attached to this Complaint)

9) By February 7, 2006, the Plaintiff, emailed his appeal letter...then sent this same letter by certified mail (Exhibit 2) and did not receive the return green card...but, has a delivery confirmation receipt from the post office showing it was delivered on February 21, 2006.(Exhibit 3)

10) Today's date is ___July 13, 2006___ and the EOP has not released any documents to the Plaintiff and it has been ___5___ months since the Plaintiff initiated these requests.

11) WHEREFORE, PLAINTIFF PRAYS THIS COURT: Order the Executive Office of the President to make all records available to the Plaintiff that pertains to him; the FBI brought one count of bank fraud involving Canadian Foreign Nationals against the Plaintiff and the Plaintiff wants all records the Executive Office of the President has on this or received from the FBI or NSA or any other agency of the US government that was retrieved under this warrantless program reported in the New York Times and instituted by Executive Order of the President; Order a Vaughn index of all records Defendant is claiming exempt from disclosure; Award Plaintiff fees and costs;

RESPECTFULLY SUBMITTED,

woody voinche
1132 N. Main St.
Marksville, Louisiana 71351
318-253-7788

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat        Sign Out        Web Search:        Go

Warning  PlasmaTV4FREE
Congratulations! You have been chosen to receive a FREE* 42" Samsung® or Panasonic® HDTV! Click the "Yes" button to acce
[X]                         Yes         No

msn Hotmail        Today | Mail | Calendar | Contacts

woscarjr@hotmail.com

Reply | Reply All | Forward | Delete | Put in Folder | 

From :    woody voinche <woscarjr@hotmail.com>
Sent :    Tuesday, January 10, 2006 1:14 AM
To :      woscarjr@hotmail.com
Subject : Freedom of Information-Privacy Act request

**January 9, 2006**

Ms. Barbara Ann Ferguson
Whitehouse Freedom of Information Request
FOIA Officer
Old Executive Office Building
Room 431
Washington, DC 20502
202-456-6001

Dear Ms. Ferguson:

This is a Freedom of Information Act-Privacy Act, Constitutional, Omnibus Crime Control & Safe Streets Act, and Foreign Intelligence Surveillance Act or Patriot Act request for any and all information and documents the White House or Executive branch or President George Bush has on myself, Woodfin Woody Voinche, SSI number 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. This would include information the White House or Executive Branch may have received from the FBI, CIA, NSA, DIA, Pentagon, or any other branches of government that may have obtained information about me or that the White House or Mr. George Bush may have requested about me...including any wiretaps, or information from any library in Louisiana that i have entered under the Patriot Act, or electronic tracers attached to my automobile, etc. or any other conversations that may have been recorded and any other general information obtained about me.

The FBI has admitted surveillance of myself at Woody Voinche v. FBI, 46 F. Supp. 2nd 26(DDC 1999). I would like any records, documents, or any other information in any form that has been compiled on me by the above mentioned individuals, branches of government, or government agencies Federal or State...

Thanking you for your time and attention in this matter...

Woody Voinche
1132 North Main
Marksville, Louisiana 71351
318-253-7788

Inbox

Get the latest updates from MSN
MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat
© 2006 Microsoft  TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

(Please Print Clearly)   Whitehouse FOIA
                         20502

DELIVERY CONFIRMATION NUMBER: 0304 0370 0002 4170 2236

Delivered Jan 25, 2006

Postmark Here — JAN 17 2006

**POSTAL CUSTOMER:**
Keep this receipt. For Inquirie
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[✓] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parce

(See Reverse)

PS Form 152, May 2002

I Don't Know   ????

US average credit score is 678.

How do you compare?

See your score in seconds!

Find out INSTANTLY!

24PROTECT[plus]

06 1272

**FILED**
JUL 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 7, 2006

Ms. Barbara Ann Ferguson
Whitehouse Freedom of Information Request
FOIA Officer
Old Executive Office Building
Room 431
Washington, DC 20502
202-456-6001

Dear Ms. Ferguson:

This is an...**appeal** of the initial request i have made for records on myself..........................

On January 9, 2006, i emailed to...( ostpfoia@ostp.eop.gov) you a copy of my Freedom of Information Act-Privacy Act, Constitutional, FISA, Omnibus Crime Control and Safe Streets Act request for any and all information and documents the White House or Executive branch or President George Bush has on myself, Woodfin Woody Voinche, SSI number 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. This would include information the White House or Executive Branch may have received from the FBI, CIA, NSA, DIA, Pentagon, or any other branches of government that may have obtained information about me or that the White House or Mr. George Bush may have requested about me...including any wiretaps, or information from any library in Louisiana that i have entered under the Patriot Act, or electronic tracers attached to my automobile, etc. or any other conversations that may have been recorded and any other general information obtained about me.

The FBI has admitted surveillance of myself at Woody Voinche v. FBI, 46 F. Supp. 2nd 26(DDC 1999). I would like any records, documents, or any other information in any form that has been compiled on me by the above mentioned individuals, branches of government, or government agencies Federal or State...

I sent the initial request on January 9, 2006...by the above listed email address and did not receive a response...so on January 17, 2006...i resent the same request by 2-day deliver mail and have a Delivery Confirmation Receipt...I am sending this **APPEAL**...by email...again...and will send this by certified mail tommorrow...Please send me confirmation and respond to this request

Thanking you for your time and attention in this matter.......

Sincerely,

woody voinche
1132 north main st.
marksville, louisiana 71351
318-253-7788

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20502

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0687 |
| Certified Fee | 2.40 | FEB Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | 9 2006 |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KZY5GT |
| Total Postage & Fees | $ 4.64 | 02/09/06 |

Sent To: Barbara Ferguson
White House Freedom of Information
Street, Apt. No. or PO Box No.: FOIA Officer - Executive Office of President
City, State, ZIP+4: Washington, DC 20502

PS Form 3800, June 2002          See Reverse for Instructions

7005 1160 0000 6170 0279

06 1272

FILED
JUL 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry
Item Number: 7005 1160 0000 6170 0279

**This item was delivered on 02/21/2006 at 03:37**

| | Delivery Section |
|---|---|
| Signature: | *[signature]* RODEMSTER ROBINSON JR |
| Address: | *[handwritten]* White House 20500 |

Enter Request Type and Item Number:

Quick Search ●    Extensive Search

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

06 1272

**FILED**

JUL 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3/10/20