UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WOODY VOINCHE**

V.

**EXECUTIVE OFFICE OF THE PRESIDENT**

CASE NUMBER 1:06cv01272

V.

JUDGE RICHARD J. LEON

**PRESIDENT GEORGE BUSH**

### AFFIDAVIT OF SERVICE

I Woody Voinche, hereby declare that on July 25, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the US Attorney General, the US Attorney for DC, President George Bush, and the Executive Office of the President. Attached are 2 green cards confirming receipt by the US Attorney General and President George Bush.

The return green cards for the Executive Office of the President and the US Attorney for DC were *not* received but, copies of the initial receipt for sending the complaint and summons to the 2 addresses are Attached.

*[signature]*
Woody Voinche
1132 north main
Marksville, Louisiana 71351
318-253-7788

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20502

| | | |
|---|---|---|
| Postage | $0.87 | 0697 |
| Certified Fee | $2.40 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.12 | 07/25/2006 |

7005 3110 0002 6556 2764

Sent To: Executive Office President
Street, Apt. No.; or PO Box No.: Whitehouse FOIA Old Executive office Bldg
City, State, ZIP+4: Washington, DC 20502

PS Form 3800, June 2002  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
B. Received by (Printed Name): [WHITE HOUSE WASHINGTON DC 20500]
C. Date of Delivery
D. Is delivery address different from item 1? If YES, enter delivery address below:

1. Article Addressed to:
President George Bush
Executive Office of President
1600 Pennsylvania Ave, NW
Washington, DC 20530

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20002

| | | |
|---|---|---|
| Postage | $0.87 | 0697 |
| Certified Fee | $2.40 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.12 | 07/25/2006 |

7005 3110 0002 6556 2771

Sent To: US Attorney for DC
Street, Apt. No.; or PO Box No.: 555 4th Street NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
B. Received by (Printed Name)
C. Date: JUL 31 2006
D. Is delivery address different from item 1?

1. Article Addressed to:
U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt