UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,**<br>**1132 N. Main**<br>**Marksville, LA 71351**<br><br>Plaintiff<br>v.<br>**EXECUTIVE OFFICE**<br>**OF THE PRESIDENT, et al.,**<br>**5001 New Executive Office Building**<br>**Washington, D.C. 20503**<br>Defendants. | Civil Action No. 06-1272 (RJL) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the federal defendants in the above-captioned case.

Respectfully submitted,

/s Peter S. Smith

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **23rd** day of **August 2006**, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **WOODY VOINCHE,** via First Class prepaid postage as follows:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**

                                              s/Peter S. Smith

PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372