UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**EXECUTIVE OFFICE** )<br>**OF THE PRESIDENT, et al.,** )<br>)<br>Defendants. ) | Civil Action No. 06-1272 (RJL) |

**DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants respectfully request an enlargement of time to file their answer or dispositive motion in this case. The undersigned has attempted to contact pro se Plaintiff to confer with him about the relief requested in this Motion.[2] The undersigned could not reach Plaintiff at the telephone number listed in the Complaint. In this case, the Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552. Defendants request an enlargement of their time to answer or otherwise respond to the Complaint in this case of thirty days, up to and including September 27,

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2006. The grounds for this request are as follows:

    a.    The undersigned counsel recently was assigned this case, with the answer currently due August 28, 2006. Plaintiff's Complaint indicates that the federal defendants have not completed the processing of Plaintiff's FOIA request.[3] The undersigned counsel will need the requested time to familiarize himself with the case, to discuss with the federal defendants the status of any FOIA request made by Plaintiff, and to coordinate the government's response.

    b.    In addition, prior to responding to the Complaint, the undersigned counsel will need to work with the defendant agencies in order to gather the factual information required to respond to the Complaint, including whether Plaintiff has exhausted all of his administrative remedies.

    c.    In addition, federal defendants anticipate filing a dispositive motion in lieu of an answer. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

    d.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Federal Defendants anticipate filing, it would dispose of this case without the cost and time of further litigation.

---

[3] Federal defendants in no way waive any objection to the sufficiency of any such request.

For these reasons, defendants respectfully request that this Motion be granted.  A proposed order is attached.

                    Respectfully submitted,

                    /s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                    /s/Peter S. Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of **August** 2006, a true and correct copy of the foregoing Motion was served upon Pro Se Plaintiff via First Class prepaid postage as follows:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**

      /s Peter S. Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372