UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**EXECUTIVE OFFICE** )<br>**OF THE PRESIDENT, et al.,** )<br>)<br>Defendants. ) | Civil Action No. 06-1272 (RJL) |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006, ORDERED that Defendants' motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by September 27, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**