UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**EXECUTIVE OFFICE** )<br>**OF THE PRESIDENT, et al.,** )<br>)<br>Defendants. ) | Civil Action No. 06-1272 (RJL) |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants respectfully request an enlargement of time to file their answer or dispositive motion in this case. The undersigned has attempted to contact pro se Plaintiff to confer with him about the relief requested in this Motion.[2] The undersigned could not reach Plaintiff at the telephone number listed in the Complaint. In this case, the Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552. Defendants request an enlargement of their time to answer or otherwise respond to the Complaint in this case of nine days, up to and including October 6,

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2006. The grounds for this request are as follows:

    a.    By motion dated August 23, 2006, Defendants moved to enlarge their time to answer this FOIA complaint by thirty days, up to and including September 27, 2006. Document No. 5. The Court has not yet ruled on Defendants' first motion.

    b.    Defendants expect to file a dispositive motion in response to the Complaint. Defendants will need the requested enlargement to complete the preparation of such a motion. In addition, the undersigned counsel of record recently learned that he will need to consult with other components of the Department of Justice, in addition to the client office(s), prior to the filing of the anticipated dispositive motion. The requested enlargement will afford the government time for such consultation.

    c.    In addition, the undersigned counsel of record was out of the office for personal reasons part of September 25 and will be out again for part of the day on September 26. Among the undersigned counsel of record's other work commitments this week, the undersigned must prepare the government's reply brief, to be filed in the Court of Appeals, in <u>Fogg v. Gonzalez</u>.

    d.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Federal Defendants anticipate filing, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendants respectfully request that this Motion be granted. A proposed order is attached.

           Respectfully submitted,

            s/Kenneth L. Wainstein
           KENNETH L. WAINSTEIN, D.C. BAR # 451058
           United States Attorney

            s/Rudolph Contreras
           RUDOLPH CONTRERAS, D.C. BAR # 434122
           Assistant United States Attorney

            s/Peter S. Smith
           PETER S. SMITH, D.C. BAR # 465131
           Assistant United States Attorney
           United States Attorney's Office
           Civil Division
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of **September** 2006, a true and correct copy of the foregoing Motion was served upon Pro Se Plaintiff via First Class prepaid postage as follows:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**

/s Peter S. Smith
PETER S. SMITH,  D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372