UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1272 (RJL) |
| | ) |
| **EXECUTIVE OFFICE OF THE PRESIDENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006, ORDERED that Defendants' motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by October 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**WOODY VOINCHE
1132 N. Main Street
Marksville, LA 71351**