UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1272 (RJL) |
| ) | |
| **EXECUTIVE OFFICE** ) | |
| **OF THE PRESIDENT, et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion to dismiss and the Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the complete record herein, it is this ____ day of _____, 2006, ORDERED that Defendants' motion should be and it hereby is granted; and it is, FURTHER ORDERED that Plaintiff's Complaint is dismissed.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of October, 2006, a true and correct copy of the foregoing proposed order was served upon pro se Plaintiff via First Class prepaid postage as follows:

**WOODY VOINCHE**
**1132 N. Main Street**
**Marksville, LA 71351**

          /s Peter S. Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372