RECEIVED
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WOODY VOINCHE**

v.

Civil Action No. 06-1272

**EXECUTIVE OFFICE OF**
**THE PRESIDENT, et. al.,**

<u>*Opposition To Defendants' Motion To Dismiss*</u>

The Plaintiff, Woody Voinche, Opposes the <u>Defendants' Motion To Dismiss Plaintiff's Complaint</u>, alleging that the Plaintiff "failed to make a proper and legally cognizable request for records." (Defendants' Memorandum p. 1) And the Executive Office of the President is not itself an "agency" subject to the FOIA, and it does not have a "FOIA officer".(Memorandum p. 3) But, the Defendants do admit..."There are certain entities within the Executive Office of the President, such as the Council on Environmental Quality(CEQ) and the Office of Management and Budget(OMB), that are subject to FOIA."(Memorandum p. 3)

One of the Whitehouse websites on the Freedom of Information Act and Office of Science & Technology Policy, (See...http://clinton4.nara.gov/WH/EOP/OSTP/html/foia.html)...(also Attachment 1 of this document, attached are only 2 relevant pages of a 12 page document) lists all of the EOP entities that are subject to the FOIA, which the Defendants also list. (Defendants' Memorandum p. 3 footnote 8)

*Council on Environmental Quality
*Office of Administration
*Office of Management and Budget
*Office of National Drug Control Policy
*Office of Science and Technology Policy
*United States Trade Representative

Additionally, this Whitehouse website instructs and gives the address of the FOIA officer and email address to contact for making an FOIA request.

> To make a FOIA Request, please send your request to Ms. Ferguson using the address below.
>
> Old Executive Office Building
> Attn: FOIA Officer(Barbara Ann Ferguson)
> Old Executive Office Building, Room 431
> Washington, DC 20502
> Phone: (202) 456-6001
> Fax: (202) 456-6022
> or
> email you(sic) request to <u>ostpfoia@ostp.eop.gov</u>

The Plaintiff followed these instructions, first emailing the requests to the above cited email, then when the Plaintiff did not receive a response, he sent copies by US Mail and appealed by certified mail or with a delivery confirmation receipt to the above address (Exhibits 1,2, and 3 of Plaintiff's Complaint) and has confirmation that these requests were received. Therefore, the Plaintiff has made a proper and legally cognizable request for records.

It is further noted that the Privacy Act "incorporates by reference" a definition of the word "agency" that is used by the FOIA which does include the Executive Office of the President, as:

> ...any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of Government (including the *Executive office of the President*), or any independent regulatory agency. 5 USC 552(f)(emphasis added)(Defendants' Memorandum p. 9)(*Alexander v. FBI*, 971 F.Supp. 603(DDC 1997) p. 606)

Some courts have interpreted a semantical variant of the definition to exclude the President's personal staff that advise and assist the President. If a Plaintiff had to file suit against each of the EOP entities that *are* subject to FOIA, he would have to file 6 lawsuits. The court in *Alexander, 971 F. Supp.* at p. 603 ruled that the EOP was an agency subject to the Privacy Act and alleging that the FBI files were maintained for partisan political purposes.

The New York Times and other major media outlets have documented a comprehensive warrantless electronic surveillance of American citizens in contact with Foreign Nationals that was authorized by Executive Order. The Plaintiff believes he is one of the individuals that was subjected to this surveillance and has previously filed suit against the FBI for records on a bank fraud charge brought by the FBI and Alexander police on a loan the Plaintiff received from foreign nationals in Canada(*Woody Voinche v. FBI*, 412 F.Supp. 2nd 60(DDC 2006). This case has been appealed to the Court of Appeals. The Plaintiff is innocent of these charges, but had to pay restitution of $6700. plus and the FBI will not release the information on the individuals involved on the Canadian side of this transaction.

The Plaintiff presented further evidence of a 25 year conspiracy to keep him under surveillance and release of a toxic substance in the Plaintiff's home and vehicle in some bizarre form of negative re-enforcement for the lawsuits he has filed on FBI wiretaps at the Supreme Court.(*Woody Voinche v. FBI*, 940 F.Supp. 323(DDC 1996) and the articles he has published on the internet on the arming of Iraq and of the FBI having advanced knowledge of the 1993 WTC bombing and 9.11 published at www.dallasnews.com (Attachment 2...pages 2), www.pittsburghlive.com, and probably 50 other sites. The FBI has admitted to surveillance of the Plaintiff at *Woody Voinche v. FBI*, 46 F.Supp. 2nd p.29(DDC 1999).

The Plaintiff emailed the Whitehouse and some Senators copies of these articles(Attachment 3...pages 2) and informed them of the FBI's engagement in this harrassment of the Plaintiff, indicating pror knowledge, and requesting them to investigate my allegations.(Attachment 4...pages 2)

Therefore, the Plaintiff believes he was subjected to the surveillance documented by the New York Times. The Plaintiff has shown that the EOP is an "agency" subject to the FOIA and the Plaintiff has made a "proper and legally cognizable, request for records" and the EOP should release all records on the Plaintiff.

Respectfully submitted,

Woody Voinche
1132 North Main
Marksville, Louisiana 71351
318-253-7788

### CERTIFICATE

*I certify that a copy of the above Opposition Motion has been sent the the US Attorney's Office For the District of Columbia, properly addressed, by US Mails-Marksville, Louisiana This 13th day of October 2006.*