THE WHITE HOUSE

**Freedom of Information Act**

Help Site Map Text Only



# Office of Science & Technology Policy



[ Go ]

- Mission of the OSTP
- Executive Office of the President (EOP) Entities Subject to FOIA
- EOP Entities exempt rom the provision of FOIA
- Making a FOIA Request
- Definitions of FOIA/PA Requests
- Exemption 3 Statutes
- **Commonly Requested FOIA Records**
    - IMPAC Credit Card Holder
    - 1998 OSTP FOIA Report
    - 1999 OSTP FOIA Report

President & First Lady

Vice President & Mrs. Gore

Record of Progress

The Briefing Room

Gateway to Government

Contacting the White House

White House for Kids

White House History

White House Tours

## Mission of the Office of Science and Technology Policy

- The Office of Science and Technology Policy's mission is set out in the National Science and Technology Policy, Organization, and Priorities Act of 1976 (Public Law 94-282). It calls for OSTP to:

- *Serve as a source of scientific and technological analysis and judgment for the President with respect to major policies, plans, and programs of the Federal Government.*

The Act authorizes OSTP to:



- Advise the President and others within the Executive Office of the President on the impacts of science and technology on domestic and international affairs;
- Lead an interagency effort to develop and implement sound science and technology policies and budgets;
- Work with the private sector to ensure Federal investments in science and technology contribute to economic prosperity, environmental quality, and national security;
- Build strong partnerships among Federal, State, and local governments, other countries, and the scientific community;
- Evaluate the scale, quality, and effectiveness of the Federal effort in science and technology.

OSTP's Senate-confirmed Director also serves as Assistant to the President for Science and Technology. In this role, he co-chairs the President's Committee of Advisors on Science and Technology (PCAST) and supports the President's National

Science and Technology Council (NSTC).

A Senate-confirmed Associate Director leads each of OSTP's four divisions covering the areas of Environment, National Security and International Affairs, Science, and Technology.

## The Executive Office of the President (EOP) entities subject to the FOIA are:

- Council on Environmental Quality
  Office of Administration
  Office of Management and Budget
  Office of National Drug Control Policy
  Office of Science and Technology Policy
  United States Trade Representative

## The EOP entities exempt from the provisions of the FOIA are:

- White House Office
  Office of the Vice President
  Council of Economic Advisers
  National Security Council
  Office of Policy Development
  President's Foreign Intelligence Advisory Board

## Freedom of Information Act (FOIA) Requests:

- To make a FOIA Request, please send your request to Ms. Ferguson using the address below.

  Old Executive Office Building
  Attn: FOIA Officer (Barbara Ann Ferguson)
  Old Executive Office Building, Room 431
  Washington, DC 20502
  Phone: (202) 456-6001
  Fax: (202) 456-6022

  or

  email you request to ostpfoia@ostp.eop.gov

  The words **FOIA REQUEST** should be clearly marked on both the letter and the envelope or email subject line. Because of security measures at the Old and New Executive Office Buildings, requests made in person should be delivered to Room G-1, at the above address.

  Upon receipt of initial FOIA request, OSTP has 20 working days to respond. Describe the specific records requested in enough detail so that they can be located with a reasonable amount of effort. Requests for answers posed as questions are not covered under the FOIA. The request must be for records. Records must exist at the time the request is submitted. If the request requires an extension, OSTP will provide written notice explaining the reason for the

Attachment 2

Forums



Dallas, Texas
Tuesday June 27, 2006 10:14 am CDT

Welcome, Visitor! Sign In | Become a registered member
Customize | Make This Your Home Page | E-mail Newsletters | MySpecialsDirect | Subscribe to DMN



market

| Search Site | Go |
| DMN from 1985 | Go |

Home
News
SportsDay
Business
Entertainment
Lifestyles
Opinion
More Features
Multimedia
Photography
News on Demand
Blogs/Chats/Forums
Obituaries
Weather
Cars
Jobs
Homes
Classifieds
Advertising
Archives
Celebrations
DMN Resources
Subscriber Services



The Dallas Morning News
DallasNews.com

FOR AS LITTLE AS
$1.50 A WEEK.
CLICK HERE TO
SUBSCRIBE.

- Find a Car
- Find a Dealer
- Sell Your Car

**center**
- Homes for Sale
- New Construction
- Rentals
- Selling a Home

**shopp**
- Browse All Ads
- Shop by Keyword

- Sell Your Stuff

Advertise

Weight V

EARN Y
Master's De
IN
15 MON

## International
**Moderators:** None

Goto page 1, 2 Next

**Users browsing this forum:** None

DallasNews.com Forum Index -> International

Mark all topics read

| Topics | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| Advanced Knowledge 1993 WTC bombing, 9,11, | 0 | woodyvoinche | 46 | Sat Jun 24, 2006 8:45 pm woodyvoinche |
| Europeans & Asians Evolving Faster | 0 | GreenHornet | 79 | Tue Jun 20, 2006 1:19 pm GreenHornet |
| 5 Cuban condemned unjustly. | 1 | Tania | 127 | Sat Jun 17, 2006 11:21 am holman |
| Zarqawi bites the big one | 8 | hookem31 | 537 | Thu Jun 15, 2006 12:07 pm holman |
| Beware: the new goths are coming | 1 | GreenHornet | 302 | Mon Jun 12, 2006 5:10 pm Jamie Hensley |
| Another drop of chlorine in the gene pool | 6 | hookem31 | 315 | Mon Jun 12, 2006 1:46 am hookem31 |
| How To Defeat The Fundamentalists | 0 | holman | 340 | Tue Jun 06, 2006 6:56 pm holman |
| Friendly Finland ~ Nokia, Linux and now... | 5 | Robert | 459 | Mon Jun 05, 2006 1:39 pm Robert |
| The Iran-Conoco Affair | 6 | Iran-Conoco Affair | 408 | Thu Jun 01, 2006 2:54 pm SPerry |
| australian child care hints | 1 | SPerry | 126 | Thu Jun 01, 2006 11:54 am hookem31 |
| Haditha | 2 | holman | 178 | Thu Jun 01, 2006 7:13 am holman |
| Able Danger | 0 | woodyvoinche | 136 | Wed May 31, 2006 9:29 pm woodyvoinche |
| Worth It? | 2 | Russ | 168 | Wed May 31, 2006 11:43 am ArnoldZiffel |
| Ted Nugent Interviewed by UK scribe | 3 | holman | 292 | Tue May 30, 2006 9:04 pm ArnoldZiffel |
| FBI and MLK [ Goto page: 1, 2 ] | 28 | woodyvoinche | 1565 | Tue May 30, 2006 7:20 pm woodyvoinche |

| Topic | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| FBI and Mafia | 0 | woodyvoinche | 225 | Sat May 27, 2006 5:44 pm woodyvoinche |
| Le Pen Gaining Popularity in France! | 1 | GreenHornet | 169 | Wed May 24, 2006 8:13 am SPerry |
| Watchdogs: Eye in the Sky...???? | 2 | woodyvoinche | 276 | Fri May 19, 2006 7:40 pm woodyvoinche |
| Ajax, October Surprise, Brotherhood? | 13 | woodyvoinche | 615 | Tue May 16, 2006 1:28 pm Retroactive |
| Reversal of Coronary Heart Disease? | 0 | woodyvoinche | 329 | Tue May 02, 2006 6:56 pm woodyvoinche |
| VEGF Therapy...Eliminate By-Pass Surgery? | 0 | woodyvoinche | 305 | Wed Apr 26, 2006 1:05 pm woodyvoinche |
| Lawsuit vs FBI | 8 | woodyvoinche | 825 | Sun Apr 23, 2006 9:36 pm woodyvoinche |
| Palestinian birthrate myth | 0 | ehtaxor | 248 | Sun Apr 23, 2006 6:05 am ehtaxor |
| Cervical Cancer Vaccine | 0 | woodyvoinche | 255 | Sat Apr 15, 2006 12:15 pm woodyvoinche |
| Iran | 11 | holman | 623 | Fri Apr 14, 2006 4:38 pm Retroactive |
| Once again.... | 1 | hookem31 | 278 | Fri Apr 14, 2006 10:59 am Retroactive |
| Organ Regeneration? | 0 | woodyvoinche | 320 | Sun Apr 09, 2006 7:47 pm woodyvoinche |
| french students prefer unemployment | 1 | SPerry | 362 | Wed Apr 05, 2006 10:39 am skylark |
| Fascists in Sheeps Clothing? | 0 | woodyvoinche | 386 | Sat Apr 01, 2006 9:48 am woodyvoinche |
| The Taliban and Oil Pipelines...? | 0 | woodyvoinche | 350 | Mon Mar 27, 2006 8:20 pm woodyvoinche |
| Afghan man could be executed for converting to Christianity | 6 | Robert | 593 | Mon Mar 27, 2006 8:04 pm skylark |
| FBI-Bell Co. Altering Voting Machines? | 0 | woodyvoinche | 348 | Fri Mar 24, 2006 9:37 am woodyvoinche |
| US sold Anthrax to Iraq...? [ Goto page: 1, 2 ] | 19 | woodyvoinche | 2031 | Tue Mar 21, 2006 4:46 pm skylark |
| Interleukin 12 and Cancer Vaccines | 0 | woodyvoinche | 332 | Thu Mar 16, 2006 10:38 am woodyvoinche |
| Terrorists or Nationalists? [ Goto page: 1, 2, 3 ] | 30 | holman | 2895 | Wed Mar 15, 2006 1:26 pm holman |
| Rosenbergs T-Cell Clones? | 0 | woodyvoinche | 364 | Tue Mar 14, 2006 11:16 am woodyvoinche |
| Photodynamic Therapy and Cancer | 0 | woodyvoinche | 417 | Sat Mar 11, 2006 10:58 am woodyvoinche |
| Hurricanes and the Jet Stream? | 0 | woodyvoinche | 392 | Wed Mar 08, 2006 11:21 am woodyvoinche |
| Voting Fraud | 0 | woodyvoinche | 374 | Sat Mar 04, 2006 12:06 pm woodyvoinche |
| Who Armed Iraq...? | 1 | woodyvoinche | 479 | Tue Feb 28, 2006 3:45 pm Retroactive |
| Twas Blind...But Now I See | 0 | woodyvoinche | 383 | Tue Feb 28, 2006 10:22 am woodyvoinche |
| pakistani cleric solicits murder for hire | 5 | SPerry | 654 | Sun Feb 19, 2006 3:35 am hookem31 |
| norway assumes the position | 0 | SPerry | 459 | Thu Feb 16, 2006 9:14 am SPerry |
| aussie jet skier | 0 | SPerry | 497 | Wed Feb 15, 2006 2:56 pm |

Search Site | Go
DMN from 1985 | Go
Home
News
SportsDay
Business
Entertainment
Lifestyles
Opinion
More Features
Multimedia
Photography
News on Demand
Blogs/Chats/Forums
Obituaries
Weather
Cars
Jobs
Homes
Classifieds
Advertising
Archives
Celebrations
DMN Resources
Subscriber Services

aldiatx.com
cowboysplus.com
GuideLive!.com
QUICK QuickDFW.com

The Dallas Morning News
DallasNews.com

FOR AS LITTLE AS
$1.50 A WEEK.
CLICK HERE TO
SUBSCRIBE.

Business & Technology
Stocks/Quotes
Columnists
Scott Burns
Personal Finance
Personal Technology
D-FW Top 200
Sunday Startup
Small Business

## Advanced Knowledge 1993 WTC bombing, 9,11,

DallasNews.com Forum Index -> International

View previous topic :: View next topic

| Author | Message |
|---|---|
| **woodyvoinche**<br><br>Joined: 22 Feb 2006<br>Posts: 49<br>Location: marksville, louisiana, USA | Posted: Sat Jun 24, 2006 8:45 pm    Post subject: Advanced Knowledge 1993 WTC bombing, 9,11,<br><br>Some interesting sources everyone should try to read...<br>1)...Mary Ann Weaver, "Foreign Affairs: Blowback", THE ATLANTIC MONTHLY, May, 1996...she gives a history of the US and CIA involvment with the Islamic militants all the way back to the CIAs support of the mujahideen in Afghanistan and their fight with the Soviets...this includes the CIAs relationship with Sheik Omar Abdul Rahman and bin Laden and the CIAs asssistance to the Sheik in obtaining a tourist visa to enter the US...the Sheik was convicted in the 1993 WTC bombing.......<br>2)......the Nov. 26, 2001, p.1, WALL STREET JOURNAL, article on army sergeant, Ali Mohamed, at Fort Bragg, NC and his paramilitary training of 5 Arab men in 1989 who would later be convicted in the 1993 WTC bombing...Mr. Mohamed was an informant of the FBI and had worked as a laison for the CIA...Mr. Mohamed was linked to El Nosair who murdered Rabbi Kahane...he was linked to Sheik Omar (who was worried the FBI was bugging him...they were) an<br>3)...the NEW YORK TIMES, Oct. 28, 1993, p. 1, article on the FBI having bugged the plotters and having advanced knowledge of the 1993 WTC bombing and wanted to substitute harmless powder for the explosives...the FBI did not stop it...Emad Salem was the informer tried to report to FBI headquarters the agent would not let him...?...<br><br>... http://en.wikipedia.org/wiki/Emad_Salem ...<br><br>4)...A NEWSWEEK, June 10, 2002, p. 22, article on the CIA using Malaysian security to photograph Nawaf Alhazmi and Khalid Almihdhar(2 of the 9.11 terrorists) at a Malaysian summit in Jan 2000...the CIA tracked Alhazmi to the US...the CIA was watching these terrorists overseas, but lost them in the US...? A wiretap was placed by US intelligence on the phone line at the main logistics center in Yemen...where bin Laden relayed orders to other Islamists before 9.11<br>5) WALL STREET JOURNAL, July 12, 2005... on the influence the CIA had with the Muslim Brotherhood and the Brotherhood's influence in France, Britain, and Germany...the WALL STREET JOURNAL of July 11, 2005, July 14, 2005, and the more important landmark article of July 12, 2005...titled..."How a Mosque for EX-Nazis Became Center of Radical Islam"...How the CIA in a plan to fight the Soviets moved to gain control of the Muslim Brotherhood and other muslim organizations in Germany ...after WWII the CIA set up Amcomlib... (American Committee for Liberation from Bolshevism) to further their ties with individuals that could influence the movement...Ibrahim Gacaoglu...Said Ramadan... Hasan al-Banna the founder of the Muslim Brotherhood...a very interesting read...on how the CIA moved in to influence and control the Muslim Brotherhood...<br>6) THE WASHINGTON TIMES, Sept. 20, 2005...Able Danger, is the code-name for the top secret military ops and intelligence unit of the Pentagon that tracked the 9.11 terrorist over 1 year before the actual assault on the twin towers. Rep. Curt Weldon of Pennsylvania broke the story on June 27, by delivering a speech on the House Floor. Senator Arlen Specter's held Hearings on September 21, before the Senate Judiciary Committee, but the main witnesses, were prevented from testifying...the October 5 Hearings were cancelled...when will the new Hearings be scheduled...?<br><br>. http://www.navyseals.com/community/articles/article.cfm?id=992 ... |
| Back to top | profile | PM | email |

Display posts from previous: [All Posts ▼] [Oldest First ▼] [Go]

DallasNews.com Forum Index -> International          All times are GMT - 6 Hours




Yahoo! Mail - woscarjr2000@yahoo.com    Case 1:06-cv-01272-RJL   Document 9-2   Filed 10/16/2006   Page 6 of 9    Page 1 of 2

Attachment 3



**Yahoo!**  **My Yahoo!**  **Mail**  Make Yahoo! your home page

**YAHOO! MAIL**  Welcome, woscarjr2000  [Sign Out, My Account]

Search the Web [        ] [Search]

Mail Home - Mail Tutorials - Help

| Mail | Addresses | Calendar | Notepad |

What's New - Mail For Mobile - Upgrades - Options

[Check Mail] [Compose]    [        ] [Search Mail] [Search the Web]

**Folders** [Add - Edit]
- Inbox (21)
- Draft
- Sent
- Bulk (2091) [Empty]
- Trash [Empty]

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Date:** Sat, 27 Mar 2004 21:35:34 -0500 (EST)
**From:** Autoresponder@WhiteHouse.GOV  Add to Address Book   Add Mobile Alert
**Subject:** Re: Fwd: US sold Anthrax to Iraq...?
**To:** woscarjr2000@yahoo.com

Thank you for e-mailing President Bush.  Your ideas and comments are very
important to him.

Because of the large volume of e-mail received, the President cannot personally
respond to each message.  However, the White House staff considers and reports
citizen ideas and concerns.

In addition to President@WhiteHouse.gov, we have developed White House Web
Mail, an automated e-mail response system.  Please access
http://www.whitehouse.gov/webmail to submit comments on a specific
issue.

Additionally, we welcome you to visit our website for the most up-to-date
information on current events and topics of interest to you.

**Forwarded Message** [ Download File | Save to Yahoo! Briefcase ]
**Date:** Sat, 27 Mar 2004 21:00:23 -0400 (EDT)
**From:** woscarjr2000@yahoo.com
**Subject:** Fwd: US sold Anthrax to Iraq...?
**To:** president@Whitehouse.GOV

**Plain Text Attachment** [ Scan and Save to Computer | Save to Yahoo! Briefcase ]

[Delete] [Reply] [Forward] [Spam] [Move...]

Previous | Next | Back to Messages    Save Message Text | Full Headers

```
>
>Because of the large volume of e-mail received, the President cannot
>personally
>respond to each message.  However, the White House staff considers and
>reports
>citizen ideas and concerns.
>
>In addition to President@WhiteHouse.gov, we have developed White House
Web
>Mail, an automated e-mail response system.  Please access
>http://www.whitehouse.gov/webmail to submit comments on a specific
issue.
>
>Additionally, we welcome you to visit our website for the most
up-to-date
>information on current events and topics of interest to you.
>
><< message3.txt >>
```

Check out the great features of the new MSN 9 Dial-up, with the MSN Dial-up Accelerator. http://click.atdmt.com/AVE/go/onm00200361ave/direct/01/

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                  Search Mail | Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy




NEWS  WEATHER  SPORTS  ENTERTAINMENT  LOCAL  FREE STUFF  WEB GUIDE  FORUMS
BEST of TULSA NETWORK:  TULSA DRILLERS  TULSA OILERS  TULSA TALONS

**HIGHLIGHTS**
search here
**SEARCH TULSA**
- View Event Calendar
- View Today's Events
- Free Photo Ads
- Free Photo Personals
- Free Business Page
- Email Login
- Free Rate My Photo

**PARTNERS**
- Tulsa Drillers
- Crime Commission
- Port City Raceway
- Tulsa Oilers
- Tulsa Talons
- Tulsa Transit
- Wireless Concepts

**SERVICES**
- Free Listing
- Advertise
- Websites
- Client List

**LOCAL SPONSORS**

Looking for a new car?

*How Hot Are U?*
Rate the photos of Best of Tulsa users and let's see who is the best looking in Oklahoma
Click here

**Email Login:**
User:
Pass:
Login
Sign up here!

Event Calendar add/view click


Add Bookmark

**Best of Tulsa User Forums**
Community Forums

Register | Profile | Log-in | Lost Password | Active Users | Help | Search

» back to BestofTulsa.com

» Welcome Guest: log in | Register

- Best of Tulsa User Forums
  - Politics
    - FBI Using Toxic Substances...

Mark all forum posts as read  [ help ]
» Welcome to Politics «

Topic Jump   Single Page for this topic
<< Back Next >>  Forum moderated by:

EMAIL TO A FRIEND   PRINTABLE VERSION



**woodyvoinche**
●●●●●
Advanced Member

EDIT | PROFILE | EMAIL | MESSAGE | QUOTE

Senator:

I have emailed many of you in the past and you are aware that i have written many articles on subjects ranging from FBI-CIA having advanced knowledge of the 1993 WTC, OKC, and 9.11 incidents to the US's negotiations with the Taliban to build pipelines across Afghanistan...these articles are well documented using WSJ, NYT, and other establishment sources to document the facts...i have been on over 100 sites....from Alabama...New York...Georgia... Carolina...Colorado...Florida...Paris, France....and will post on many others.... no one can refute these articles.....

I have also filed FOIA suits on the subject of the FBI wiretapping the Supreme Court... Woody Voinche v. FBI, 940 F. Supp. 323(DDC 1996)...and as a result i believe the FBI has engaged in various forms of harrassment...bugging of my telephones...and as bizarre as it seem the release of a toxic substance in my home...isnt this fascism...Mr. Bush...Senator...a PhD Chemist identified
these as palmitic acid, decanoic acid, 2 floroethylbenzenedihydroxyamine...this has been going on for 10 years...

I have also filed suits making these allegations at....woody voinche v. FBI, 46 F.Supp.2nd(DDC 1999)......woody voinche v. EPA, DEQ, Civil Action No. 99-2687 in
the District of Columbia.......and.........woody voinche v. FBI, Civil Action No. 99-394-B-M2...in...Judge Polozoa's Court in Baton Rouge........

Attached is a copy of an email from the Whitehouse confirming receipt of my email making similar allegations...all the way back to July 2003...i have also kept copies of my emails to you and your responses...which prevents anyone from claiming lack of prior knowledge....I am requesting you investigate my allegations with the FBI...this has adversely effected my health...and if my health degenerates...i will go public and release copies of your correspondence...

woody voinche
marksville, louisiana 71351



***************************************************

Autoresponder@WhiteHouse.GOV wrote:

Thank you for e-mailing President Bush. Your ideas and comments are very important to him.

Because of the large volume of e-mail received, the President cannot personally respond to each message. However, the White House staff considers and reports citizen ideas and concerns.

In addition to President@WhiteHouse.gov, we have developed White House Web Mail, an automated e-mail response system. Please access http://www.whitehouse.gov/webmail to submit comments on a specific issue.

Additionally, we welcome you to visit our website for the most up-to-date information on current events and topics of interest to you.

> ATTACHMENT part 2 message/rfc822
Date: Sat, 26 Jul 2003 20:32:54 -0700 (PDT)
From: woody voinche
Subject: Re: Toxic Substance Release
To: president@Whitehouse.GOV

-----
woody voinche

Total Posts: 61 | Joined Sep. 2001 | Posted on: 7:55 pm on June 27, 2004 | IP

**NEW TOPIC** | **POST REPLY**

Topic Jump
<< Back Next >>   Single Page for this topic

Forum Jump

© 2002 BestofTulsa.com | Our Privacy Statement

Powered by Ikonboard 2.1.9 Beta
© 2001 Ikonboard.com