RECEIVED
DEC 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*United States District Court*
*For The District Of Columbia*

Woody Voinche

v.                                                                Civil Action No. 06-1272 *RJL*

Executive Office Of The
President, et al.,

### Answer To Defendants' Reply To Plaintiff's Opposition
### To Defendants' Motion To Dismiss Plaintiff's Complaint

This is the Plaintiff's Answer to the Defendants' Reply To The Plaintiff's Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint. The Plaintiff has not yet received his copy by US Mail, but is responding to the copy he obtained from the Court's internet site. The Plaintiff has been filing FOIA/Privacy Act requests (and lawsuits) with the FBI, CIA, State Department, etc. for many years and none of these agencies have the semantical play that has developed around the Executive Office of the President, the Whitehouse, and all of the other entities of this agency.

For all of these other agencies, the FBI, CIA, State Department, etc...the provisions and regulations of the FOIA/Privacy Act, and the address of the FOIA\Privacy officer(although the name of the FOIA officer might change) remain the same irrespective of a change of Presidential, Senatorial, or Congressional office holders.

The definition of the word "agency" that is used by the FOIA and by "reference" for the Privacy Act does include the Executive Office of the President.

> ...any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of Government (including the *Executive Office of the President*), or any independent regulatory agency.
> 5 USC 552(f)(emphasis added)(*Alexander v. FBI*, 971 F.Supp. 603(DDC 1997) p. 606)

This definition does not differentiate between the various entities of the EOP, so the variation results from Judicial interpretation.

The Defendants' claim the Plaintiff has not made a "proper" FOIA request and that the website he used "...as authority for the address and contact to whom he purportedly sent his FIOA request is woefully outdated"...and "...pertains to the Clinton administration."(Defendants' Reply, p. 3)

While this page does have the Clinton name in its Web address (http://clinton4.nara.gov/WH/EOP/OSTP/html/foia.html)... it is a Freedom of Information Act page for the Office of Science and Technology Policy (OSTP)(Attachment 1, Plaintiff's Opposition), which is an EOP entity subject to

FOIA/PA, and the Barbara Ferguson address and email cited and the one the Plaintiff sent his request to is a valid address for an EOP entity that is subject to FOIA/PA. The Plaintiff sent his FOIA/PA request to(See Complaint Exhibits 1 and 2)

> Ms. Barbara Ann Ferguson
> Whitehouse Freedom of Information Request
> FOIA Officer
> Old Executive Office Building
> Room 431
> Washington, DC 20502
> 202-456-6001
> ostpfoia@ostp.eop.gov

Another OSTP site (http://www.ostp.gov/html/_foia.html) (Answer- Exhibit-1)(Attached to this document)(which is 9 pages of a 34 page document) has several FOIA/PA physical and email addresses similar or the same as the Barbara Ferguson address at (Plaintiff's Opposition at Attachment 1). Although the physical address for the FOIA officer listed at p. 2 of (Answer -Exhibit 1) attached to this document is different, the email address and fax number... is the same one to which the Plaintiff emailed his request. But, the third address shown on p. 7 of this Office of Science and Technology Policy page(Answer-Exhibit 1, p.7) and the person listed as the FOIA officer is:

> Barbara Ann Ferguson
> Assistant Director for Budget and Administration
> Office of Science and Technology Policy
> Dwight D. Eisenhower Executive Office Building, Room 431
> Washington, DC 20502

The Plaintiff believes he sent his FOIA/PA request to a valid address of an EOP entity that is subject to FOIA. While there are minor differences in the addresses shown from 2 different sources of information on the Office of Science and Technology Policy...the email address and the fax number is the same and the Barbara Ferguson, Old Executive Office Building, Room 431, Washington, DC 20502 address is similar. The Plaintiff has also shown proof of receipt of the request at the Complaint Exhibit 3.

Therefore, the Plaintiff, used a valid address of an EOP entity that is subject to FOIA/PA and the Defendants are trying to confuse this issue to try to circumvent the provisions of FOIA/PA for this request to the EOP. This request is very important to this Plaintiff and if it is necessary he will file separate requests by certified mail to each of the 6 EOP entities subject to FOIA and file the requisite lawsuits to obtain this information.

Respectfully submitted,

*[signature]*

Woody Voinche
1132 North Main
Marksville, Louisiana 71351
318-253-7788

## CERTIFICATE

*I certify that a copy of the above Answer To Defendants' Reply has been sent to the US Attorney's Office For the District of Columbia, properly addressed by US Mails-Marksville, Louisiana-this 6th day of November 2006*