UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOODY VOINCHE,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1272 (RJL) |
| ) | |
| **EXECUTIVE OFFICE** ) | |
| **OF THE PRESIDENT, et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion to Strike and the Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the complete record herein, it is this ____ day of _____, 2006, ORDERED that Defendants' motion should be and it hereby is granted; and it is, FURTHER ORDERED that the Clerk shall remove Document No. 11 from the docket of this case.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**WOODY VOINCHE
1132 N. Main Street
Marksville, LA 71351**