UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **WOODY VOINCHE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. Action No. 06cv1272 (RJL) |
| v. | ) | |
| | ) | |
| **EXECUTIVE OFFICE OF THE PRESIDENT,** *et al.,* | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 11th day of June 2007, hereby

**ORDERED** that [#7] defendants' motion to dismiss is GRANTED;

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

